IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON ODUM
ADC #134272                                                                              PLAINTIFF

v.                      No. 5:13-cv-241-DPM-JTR

RAY HOBBS, Director, ADC; JIMMY BANKS,
Warden, Varner Unit, ADC; JOE PAGE, III,
Assistant Warden, Varner Unit, ADC; CURTIS
MEINZER, Deputy Warden, Varner Unit, ADC;
and RICHARD THROWER, Correctional
Sergeant, Varner Unit, ADC                     DEFENDANTS

## ORDER

After *de novo* review, the Court adopts Magistrate Judge Ray's recommendation. № 47; FED. R. CIV. P. 72(b)(3). Odum's objections, № 48, are overruled. Motion for summary judgment, № 40, granted. Odum's claims against all Defendants are dismissed. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2015