IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON ODUM
ADC #134272                                                              PLAINTIFF

v.                            No. 5:13-cv-241-DPM

RAY HOBBS, Director, ADC; JIMMY BANKS,
Warden, Varner Unit, ADC; JOE PAGE, III,
Assistant Warden, Varner Unit, ADC; CURTIS
MEINZER, Deputy Warden, Varner Unit, ADC;
and RICHARD THROWER, Correctional
Sergeant, Varner Unit, ADC                                            DEFENDANTS

## JUDGMENT

1. Odum's failure-to-protect claim against Hobbs, Banks, Page, and Meinzer and his retaliation claim against Hobbs are dismissed without prejudice.

2. Odum's excessive force claim against Thrower and his retaliation claim against Thrower, Banks, Page, and Meinzer are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2015